UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COREY THOMAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-4569** |
| **JEFFERSON PARISH CORRECTIONAL CENTER, ET AL** | **SECTION "I" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Corey Thomas claims pursuant to Title 42 U.S.C. § 1983 against the Jefferson Parish Correctional Center and Jefferson Parish Correctional Center Medical are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. §1915(e) and §1915A.

New Orleans, Louisiana, this 15th day of November, 2016.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**